06cv472

August, 1st, 2006

TO: U.S. District Court, clerks office

From: Kevin C. Brathwaite

RE: Habeas Corpus Petition Brief

Dear clerks office,

Pursuant to the instructions the I read for the Habeas Corpus petition, I am allowed to file a brief, but it must be separate from the petition. So would you please except the enclosed documents and exhibits as my brief to be presented to the court.

Thank you for your time and attention to this matter.

Sincerely
[signature]

FILED
AUG 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FROM: Kevin C. Brathwaite
SBI# 315294 UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.s
X-RAY

THE UNITED STATES DISTRICT
OFFICE OF THE CLERK
844 N. KING ST.
WILMINGTON DE
19801



UNITED STATES POSTAGE
$05.00
AUG 04 2006
MAILED FROM ZIP CODE 19977