August, 21st, 06

TO: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: C.A. # 06-472-G.M.S.

Dear Mr. Dalleo,

I filed a petition for a federal habeas corpus and directly thereafter I filed an opening brief with exhibits attached. Now I just received an order from the Court regarding the AEDPA Act, which I signed and returned to the Court. But just to be sure that I understand, would you please let me know if my opening brief and exhibits were received by the Court for it's consideration. Thank you for your time and attention to this matter.

Sincerely

C.C.
Carl Danberg
File

INMATE Kevin C. Brathwaite
SBI# 315294  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Peter Dalleo, Clerk
U.S. District Court       Lockbox - 19
844 King St
Wilmington, DE
19801