D.I. # _____

# CIVIL ACTION
# NUMBER: _____06 CV 472 GMS_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 420 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | 845 |

Postmark Here — OCT 2006 WILMINGTON USPS

06-472 GMS

Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0004 3169 4485