D.I. # _____

# CIVIL ACTION
# NUMBER: 06cv472 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 420 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 845 |

Postmark Here — OCT 3 2006, WILMINGTON/RODNEY SQ.

06-472 GMS

Sent To: WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No. 1181 PADDOCK RD.
City, State, ZIP+4 SMYRNA, DE 19977

7005 1820 0004 3169 6442

PS Form 3800, June 2002                 See Reverse for Instructions