

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

February 15, 2007

Kevin C. Brathwaite
SBI # 315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

      RE:   Brathwaite v. Carroll
             Civil Action No. 06-472

Dear Mr. Brathwaite:

    The court is in receipt of your "Motion for Default" for the failure of respondents to respond to your petition for writ of habeas corpus.

    Please be advised that the response to the petition was timely filed on February 2, 2007. If you have not yet received a copy from the state, you should contact them.

    A copy of an updated docket sheet is enclosed for your information.

                            Sincerely,
                            PETER T. DALLEO, CLERK

                            Deputy Clerk

Enclosure