IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
Petitioner

V.     C.A. No. 06-472-G.M.S.

THOMAS CARROLL, et.Al



AMENDMENT TO TRAVERSE

Now comes, The Petitioner, Kevin C. Brathwaite, requesting that this honorable Court Allow him to Amend the previously filed Traverse to include the following:

GROUND-1
    Denied Right to Self Representation

A petitioner must do no more than state his request to proceed pro se, either orally or in writing. See, Dorman v. Wainwright, 798 F.2d 1358, 1366 (11th Cir. 1986) Buhl v. Cooksey, 233 F.3d 783, 800 (3rd Cir, 2000)

After a request has been made, trial court must hold an inquiry. This petitioner filed a written motion in March, 1997 and made an oral request in open court on May, 19th, 1997 and on May, 27th, 1997. Inquiry was never held prior to trial or any other time (See, Transcript).

GROUND - 3
### Violation of Right to Due Process

GROUND - 4
### Concealment of Exculpatory Evidence

The prosecutors failure to disclose evidence that could have been used to effectively impeach important government witnesses requires

(473 U.S. 667 105 S.Ct 3375)

Wherefore, this Petitioner prays that this honorable Court will consider this Amendment to TRAVERSE, and rule in his FAVor.

*Kevin Brathwaite* (signature)

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

DATE: Feb, 27th 2007

## Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the attached "Amendment to Travere" to be mailed to the following party by way of U.S. Postal Service.

Gregory E. Smith, Esq.
Atty Gen Office
820 N. French St.
Wilmington DE.
19801

*Kevin C. Brathwaite*
1181 Paddock Rd.
Smyrna DE.
19977

DATE: Feb, 27th, 2007

I/M Kevin C. Brathwaite
SBI# 315294  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter Dalleo, Clerk
Office of The Clerk
U.S. District Court
844 N. King St
Wilmington DE.
19801