**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KEVIN C. BRATHWAITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 06-472-GMS |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit certified copies of the following Delaware Supreme Court records:

a. Appellant's opening brief and appendix, filed April 9, 1999, *Brathwaite v. State*, No. 549, 1998.

b. State's answering brief and appendix, filed July 19, 1999, *Brathwaite v. State*, No. 549, 1998.

c. Order, dated October 22, 1999, *Brathwaite v. State*, No. 549, 1998.

d. Appellant's opening brief and appendix, filed January 30, 2004, *Brathwaite v. State*, No. 169, 2003.

e. State's answering brief and appendix, filed March 8, 2004, *Brathwaite v. State*, No. 169, 2003.

f. Order, dated February 22, 2005, *Brathwaite v. State*, No. 169, 2003.

g. Appellant's supplemental memorandum, filed January 6, 2006, *Brathwaite v. State*, No. 169, 2003.

h. State's supplemental memorandum, filed January 26, 2006, *Brathwaite v. State*, No. 169, 2003.

i. Appelant's response to State's supplemental memorandum, filed February 17, 2006, *Brathwaite v. State*, No. 169, 2003.

j. Order, dated July 10, 2006, *Brathwaite v. State*, No. 169, 2003.

|  |  |
|---|---|
|  | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|  | /s/_____<br>Gregory E. Smith, I.D. No. 3869<br>Deputy Attorney General<br>820 North French Street, 6th Floor<br>Carvel State Building<br>Wilmington, Delaware 19801 |
| Dated: March 12, 2007 | (302) 577-8398 |

# CERTIFICATION OF SERVICE

The undersigned certifies that on March 12, 2007, he electronically filed the attached *State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on March 12, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Kevin C. Brathwaite
SBI No. 00315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 6th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398