TO: PETER DALLEO, Clerk

FROM: KEVIN C. BRATHWAITE

RE: COURT DOCKET SHEET
        CA. No.   06-472 - G.M.S.
DATE: MARCH, 9th, 2007


DEAR MR. DALLEO,
          Would you please send me a copy of the court docket sheet so that I can be sure that the court has received everything that I sent. I have been having problems with the legal department and the mailroom. So I just need to take precautions to protect myself.
          Thank you for your time and attention to this matter.

Sincerely

[signature]

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

C & file

IM KEVIN C. BRAITHWAITE
SBI# 315294  UNIT 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

C.M.S. X-RAY



$ 00.390  MAR 12 2007
MAILED FROM ZIP CODE 19977

PETER DALLEO, CLERK
OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST.
WILMINGTON DE
19801