IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN C. BRATHWAITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 06-472-GMS |
| | ) |
| THOMAS CARROLL, Warden, et. al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 16TH day of March, 2007;

IT IS ORDERED that:

Petitioner Kevin C. Brathwaite's motion for default judgment is DENIED as moot. (D.I. 19) The State timely filed its answer on February 2, 2007. *See* (D.I. 18)

UNITED STATES DISTRICT JUDGE

FILED

MAR 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE