IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN C. BRATHWAITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-472-GMS |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, and ATTORNEY | ) |
| GENERAL OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 24th day of Sept, 2007;

IT IS ORDERED that:

Petitioner Kevin C. Brathwaite's motion for an evidentiary hearing is **DENIED**. (D.I. 21.) The court has reviewed the petition, answer, traverse, and the state court record, and concludes that an evidentiary hearing is not warranted because Brathwaite has failed to forecast any evidence beyond that already contained in the record that would potentially advance his claims. *See Campbell v. Vaughn*, 209 F.3d 280, 286-87 (3d Cir. 2000).

_____
UNITED STATES DISTRICT JUDGE

FILED

SEP 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE